# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| VALERIE HARRIS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-2535-S-BT |
| | § | |
| SPECIALIZED LOAN SERVICING LLC | § | |
| | § | |
| v. | § | |
| | § | |
| MACKEL HARRIS | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** the Motion for Default Judgment as to Counter-Defendant Mackel Harris [ECF No. 11].

**SO ORDERED.**

SIGNED May 25, 2022.

UNITED STATES DISTRICT JUDGE